COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



## ORDER

Appellate case name:     Russell Aaron Hester v. The State of Texas

Appellate case number:   01-18-00764-CR

Trial court case number:  17-CR-2105

Trial court:              10th District Court of Galveston County

Within thirty days of the date of this order, appellant's counsel Mr. Florence is directed to notify the court whether he intends to file on appellant's behalf an appellant's brief, a supplemental appellant's brief, or a reply brief, or whether he intends to proceed in this appeal on the previously filed appellant's brief.

Any appellant's brief shall be filed within sixty days of the date of this order. Any supplemental appellant's brief shall be filed within forty-five days of the date of this order.

If appellant's counsel intends to proceed in this appeal on the previously filed appellant's brief, any reply brief shall be filed within forty-five days of the date of this order.

Appellant's motion to stay proceedings is denied.

The motion to withdraw of former appellant's counsel Mr. Robinson is dismissed as moot.

It is so ORDERED.

Judge's signature: */s/ Richard Hightower*
                    Acting individually


Date:  April 16, 2019